EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Luis R. Torres Rodríguez | 2019 TSPR 127<br><br>202 DPR \_\_\_\_\_ |

Número del Caso:  TS-4,452


Fecha:  23 de julio de 2019


Abogadas de la parte peticionaria:

    Lcda. Carmen D. Irizarry Resto
    Lcda. Carmen Muñoz Gándara



Materia:  Reinstalación al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re*:<br><br>Luis R. Torres Rodríguez | | TS-4,452 |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 23 de julio de 2019.

Examinada la *Moción Acreditando Cumplimiento y Reiterando Solicitud de Reinstalación* presentada por el Sr. Luis R. Torres Rodríguez a través de su representación legal, se toma conocimiento. Por consiguiente, se autoriza la reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo